## ELIZABETH DEZING *versus* GEORGE S. DEZING

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Alias subpoena ordered issued *p. 702; (2) rule to answer, publication ordered *p. 737. *Journal 3:* (3) Dismissed *p. 294. *Chancery Journal:* (4) Ordered off docket *p. 54.
PAPERS IN FILE: [None]
*Chancery Case* 16 of 1820.

## DANIEL SUTHERLAND *versus* GABRIEL GODFROY, JR., GABRIEL GODFROY, SR., AND GEORGE JACOB

JOURNAL ENTRIES (1819–26): *Journal 2:* (1) Injunction and subpoena ordered issued *p. 704. *Chancery Journal:* (2) Decree *p. 49. *Journal 3:* (3) Motion to amend record *p. 437; (4) sale suspended, decree revived *p. 461. *Journal 4:* (5) Order of sale extended MS p. 71; (6) motion to confirm register's report MS p. 104; (7) exceptions filed, motion to confirm report overruled MS p. 107; (8) register's report accepted MS p. 123.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 155, c. 1. (Case 11 of 1820)

## ANTOINE LASSELLE *versus* THOMAS CALDWELL, ADMINISTRATOR DE BONIS NON OF JAMES LASSELLE, DECEASED, MARIANNE, WIFE OF SAID THOMAS, JULIE LASSELLE AND JACQUES LASSELLE, CHILDREN AND HEIRS AT LAW OF SAID JAMES, DECEASED

JOURNAL ENTRIES (1819–22): *Journal 2:* (1) Continued *p. 724. *Journal 3:* (2) Dismissed *p. 294.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 81, c. 17. (Case 14 of 1820)